Certificate Number: 05781-FLM-DE-040830376

Bankruptcy Case Number: 26-02840



05781-FLM-DE-040830376

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>April 8, 2026</u>, at <u>12:01</u> o'clock <u>AM PDT</u>, <u>Edwin Pickler</u> completed a course on personal financial management given <u>by internet</u> by <u>Sage Personal Finance</u>, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the <u>Middle District of Florida</u>.

Date:   <u>April 8, 2026</u>                By:      <u>/s/Allison M Geving</u>

                                        Name:   <u>Allison M Geving</u>

                                        Title:   <u>President</u>